IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HARRIET DELORES CLEVELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv732-MHT |
| | ) | (WO) |
| CITY OF MONTGOMERY and | ) | |
| THE HONORABLE MILTON J. | ) | |
| WESTRY, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MARKIS ANTWUAN WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv733-MHT |
| | ) | (WO) |
| CITY OF MONTGOMERY, THE | ) | |
| HONORABLE MILTON J. | ) | |
| WESTRY, and THE HONORABLE | ) | |
| LES HAYES III, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is ORDERED that:

(1) The parties' joint motion for entry of agreed settlement order (doc. no. 56) is granted.

(2) The court declares that, under the current status of the law, the constitutional principles set out in Bearden v. Georgia, 461 U.S. 660 (1983), regarding incarceration for non-payment, and Turner v. Rogers, --- U.S. ---, 131 S. Ct. 2507 (2011), regarding notice, apply in municipal-court proceedings and that, to the extent applicable in a particular case, the judges of the Montgomery Municipal Court are legally required to follow them.

(3) The court declares that the "Judicial Procedures of the Municipal Court of the City of Montgomery for Indigent Defendants and Nonpayment," submitted as Exhibit A to the joint motion for entry of agreed settlement order (ex. A to doc. no. 56), facially comply with the constitutional principles set out in Bearden, regarding incarceration for non-payment, and Turner, regarding notice.

(4) The court declares that these "Judicial Procedures of the Municipal Court of the City of Montgomery for Indigent Defendants and Nonpayment" facially comply with the requirements of the Fourteenth and Sixth Amendments to the U.S. Constitution, Article I, §§ 1, 6, and 22 of the Alabama Constitution, and Rule 26.11 of the Alabama Rules of Criminal Procedure.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 17th day of November, 2014.

___/s/ Myron H. Thompson___
UNITED STATES DISTRICT JUDGE